UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TYLAN BARNES | CIVIL ACTION NO. _____ |
| VERSUS | JUDGE _____ |
| BLUE HILL SPECIALTY INSURANCE COMPANY, BIG COUNTRY TRANSPORTATION, AND KELVIN DOUGLAS | MAGISTRATE _____ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF REMOVAL**

Blue Hill Specialty Insurance Company ("Blue Hill"), Big Country Transportation ("Big Country") and Kelvin Douglas ("Douglas") respectfully represent:

1.

Plaintiff, Tylan Barnes, resident and domicile of Lafayette Parish, Louisiana and citizen of the State of Louisiana.

2.

Defendant, Blue Hill Specialty Insurance Company, is a foreign insurance company incorporated in and having its principal place of business in the State of Ohio.

3.

Defendant, Kelvin Douglas, is an individual of the full age of majority and a resident domiciliary and citizen of the State of Mississippi.

4.

Defendant, Big Country Transportation, is a Mississippi corporation with its principal place of business in the State of Mississippi. Its sole member is Michael Douglas, an individual of the full age of majority and a resident domiciliary and citizen of the State of Mississippi.

5.

On or about November 12, 2021, plaintiff, Tylan Barnes, filed a petition for damages in Louisiana state court, in the action entitled *Tylan Barnes v. Blue Hill Specialty Insurance Company, Big Country Transportation, LLC and Kelvin Douglas*, bearing Docket No. C-713171, Section 25, in the 19th Judicial District Court, East Baton Rouge Parish, Louisiana.

6.

The plaintiff's petition alleges that Tylan Barnes sustained damages, including but not limited to, mental and physical pain and suffering, disfigurement, and mental anguish (past, present, future); loss of enjoyment of life; medical expenses (past, present, future); loss of wages and loss of earning capacity (past, present, future) and other damages as the result of an automobile accident that occurred on September 20, 2021 in St. John Parish, Louisiana, involving a vehicle operated by Kelvin Douglas under a policy of automobile liability insurance issued by Blue Hill Specialty Insurance Company.

7.

This court has original jurisdiction over this action pursuant to 28 USC § 1332(a), because the amount in controversy, exclusive of interest and cost, exceeds the sum of $75,000 and is between citizens of different states with complete diversity existing. Specifically, plaintiff

alleges they she has sustained damages including post concussive syndrome and post-traumatic stress disorder.[1]

8.

This court has removal jurisdiction over this matter pursuant to 28 USC § 1441(a) and (b).

9.

The time within which Blue Hill, Big Country and Douglas may remove this case has not elapsed and this case has been properly and timely removed pursuant to 28 USC § 1446(b).

10.

Pursuant to 28 USC § 1446(d), upon filing of this notice of removal, written notice of the filing of the removal is being given to counsel for Plaintiff and the Clerk of Court, 19th Judicial District Court, East Baton Rouge Parish, Louisiana.

11.

Pursuant to 28 USC § 1446(a), copies of all process, pleadings and orders served on Blue Hill, Big Country and Douglas in the state court action are attached.

WHEREFORE, Blue Hill Specialty Insurance Company, Big Country Transportation and Kelvin Douglas respectfully pray that this Notice of Removal be accepted as good and sufficient and that this court enter such order or orders as may be proper in the premises.

---

[1] Exhibit "A" – Medical Records of Dr. Warren Lowe
{L0636751.1}

Respectfully submitted,

/s/ Ian A. Macdonald
IAN A. MACDONALD (#17664)
JONES WALKER LLP
600 Jefferson Street, Suite 1600
Lafayette, Louisiana 70501
Telephone (337) 593-7600
Facsimile (337) 593-7601
Email: imacdonald@joneswalker.com

Attorneys for Blue Hill Specialty Insurance Company, Big Country Transportation and Kelvin Douglas

{L0636751.1}

## CERTIFICATE OF SERVICE

      I hereby certify that on March 11, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel. I further certify that I mailed the foregoing document and electronic filing by first-class mail to the following:

> John Michael Morrow, Jr.
> Morrow, Gates & Morrow, LLC
> 613 S. Main Street (70570)
> P. O. Drawer 219
> Opelousas, LA 70571-0219

      /s/ Ian A. Macdonald