# Warren C. Lowe, Ph.D., M.P.
Clinical/Medical Psychologist
913 S. College, Ste. 102
Lafayette, LA 70503
Office (337) 232-2833    Fax (337) 234-4038

## CERTIFICATION OF RECORDS

I hereby certify that the attached medical records of __Tylan Barnes__ are true and correct copies of those kept in the regular course of business of this facility. The attached medical records were prepared by the health care provider in the ordinary course of business at or near the time of the act, condition, or event.

By: __Paige McClendon__    Date: __3/3/22__

# Warren C. Lowe, Ph.D., M.P.

*Medical/Clinical Psychologist*
913 South College, Suite 102
Lafayette, LA 70503
Office (337) 232-2833   Fax (337) 234-4038

## PSYCHOLOGICAL EVALUATION

**PATIENT:** TYLAN BARNES
**CHART:** 11426
**DOB:**
**AGE:** 19
**DOA:** 9/20/2021
**DOE:** 12/8/2021

### REASON FOR REFERRAL:

Miss Barnes is a 19 year old, single, African-American female. She was referred for evaluation and treatment by her attorney, John Michael Morrow.

Miss Barnes said that she was involved in a motor vehicle accident on September 20, 2021. Miss Barnes said that since the accident she has had "a lot of problems". She said that she has frequent headaches, back pain, neck pain, sleep disturbance, nightmares about the accident, shoulder pain, anxiety, depression, and a "fear of driving." Medical records pertaining to Miss Barnes which were available to me at the time of the evaluation included records subsequent to the accident including treatment at Our Lady of Lourdes Emergency Department on September 21, 2021; an appointment on September 22, 2021, with Jared Campbell, M.D., at the Metropolitan Health Group. Also available were records from Ochsner Lafayette Medical Center Emergency Department on September 22, 2021, and records of an outpatient appointment visit with Dr. George Williams, orthopedist, on November 2, 2021.

### MISS BARNES' REPORT OF THE ACCIDENT:

On the date of the accident, Miss Barnes was traveling with two friends to New Orleans to drop one of the friends at the New Orleans airport, where she could catch a flight to Chicago. Miss Barnes and her friends were traveling in a VW sedan on what she reported to be a "sunny, dry day, just listening to music." Around 9:15-9:30 a.m., the traffic on the elevated portion of I-10 approaching New Orleans slowed, as did the car Miss Barnes and her friends were traveling in. Suddenly, she stated, an SUV behind them was struck by an 18-wheeler which then hit their car causing it to careen from side to side of the elevated portion of the highway. After being struck by the SUV, and careening off the concrete walls of the highway, the vehicle was struck by an 18-wheeler which "t-boned us . . . on the left side . . . we couldn't get out except on the

right side." Miss Barnes said, "they told me I passed out . . . I don't remember . . . my friend Ari was catching seizures on the bridge . . . I remember hearing voices . . . 'are you okay?'" She heard someone say, "Run, the car's on fire." Miss Barnes said that she saw that there was fire underneath the car. She said that all she could think of was that her purse was in the car and in her purse was money she had been saving to buy a car. She ran and grabbed her purse "and as I was running away the car blew up."

Miss Barnes said that she believes that during the accident her head slammed against the rear passenger window, next to where she was riding, because she later noticed that the glass in that window was broken. Officers arrived fairly quickly, she said, along with a couple of firetrucks. She and her friends sat on the bridge for a good while, while an ambulance was called for her friend who was having seizures. Her friend left in the ambulance for New Orleans, but she said that, "the officers refused to take me and Tedy anywhere or call another ambulance . . . Tedy hurt her ankle pretty bad . . . I had a big red spot on my leg on the side of my knee and had some minor cuts from glass". Miss Barnes said it then started to rain but "nobody asked us to sit in a car to get out of the rain." Finally, approximately an hour and a half or more after the accident, "an officer came and told us to sit in the patrol car," which they did. She had called her family and about 3:00 p.m. her grandparents and aunt arrived, and she and her friend returned to the Lafayette area with her family.

Miss Barnes said she had a "major headache" and after returning to the Lafayette area, around 6:00 p.m., she went to Our Lady of Lourdes Emergency Department where she was not seen for approximately seven hours, until around 1:00 a.m. She left the Emergency Department around 2:30 a.m. after having x-rays and CT studies. She was prescribed a muscle relaxant and an anti-inflammatory, she believes. Within the next day or two, she saw a doctor who she believes was a neurologist, remembering his name as "Dr. Kimball." She said she was having trouble with her memory and believed she was suffering from a concussion. This doctor gave her two more prescriptions. She thinks one of the medications may have been for her headache pain. On Wednesday evening, she presented at the Lafayette General Medical Center Emergency Department with a "severe headache . . . I was still having back and neck pain." She thinks they did more CT scans and she was given additional medication. The next few days were kind of a blur and she does not remember details from the two or three following days except that she was staying at her aunt's home and spending most of the time resting or sleeping.

### MISS BARNES' REPORT OF FUNCTIONING PRIOR TO THE ACCIDENT:

Miss Barnes had begun doing hair during the summer and had developed some clients that she was seeing on a regular basis. Her business was slowly growing by word of mouth. She enjoyed the work, although she did not have any formal training. She was scheduled to return to Burger King, where she had worked previously, on the day following the accident. However, because of her move to Rayne, to stay with her aunt, she had no transportation to New Iberia and was "hurting too much" to try to work. Prior to the accident, she described herself as "basically a shy person . . . just a few friends . . . not a lot of going out . . . I tried to work and make money because I've been

RE: TYLAN BARNES                                   PSYCHOLOGICAL EVALUATION

on my own since I was pretty young, maybe around 14." She was happy with her life but was trying to figure out her future goals and her vocation.

## MISS BARNES' FUNCTIONING SINCE THE ACCIDENT:

Miss Barnes said that she often awakens with a headache and "can't do a lot until it goes away . . . if I don't wake up with a headache . . . I start moving around, helping around the house, until my back pain starts up. If it gets too bad I have to go rest. Mostly I stay around home – my aunt's house – and after 5:00 I have my aunt's kids and so I play with the babies." If she has to go anywhere, she relies on her aunt for transportation or she uses Uber, which is expensive since she does not have any income at the present time. She has lost interest in many activities, she reported, and she mostly wants to "be by myself except for the babies and my aunt." Since the accident, she is most comfortable staying at home (her aunt's house), although part of her understands that she should be getting out and trying to do more.

## PHYSICAL SYMPTOMS SINCE THE ACCIDENT:

Miss Barnes reports continued back, cervical, and shoulder pain. She has almost daily headaches which can be severe. Her knee pain, which was apparently a result of her knee striking some part of the car during the accident, has improved.

Following her accident, Miss Barnes saw Dr. David Barczyk, chiropractor, who she is seeing approximately three times weekly. She is also seeing Dr. George Williams, orthopedist, who is evaluating her back, neck, and shoulder pain. Dr. Williams has referred her to Dr. Weir for evaluation of her headaches. She is awaiting an appointment with Dr. Weir's office. Miss Barnes has variously been prescribed Fioricet for headaches, a muscle relaxant (Cyclobenzaprine), an anti-inflammatory (Diclofenac), and pain medication (Norco or Lortab). Miss Barnes does not like the idea of taking medications because she knows that pain medicines can be habit forming, and she is trying to take them only when needed. They do provide some relief from her pain, she notes. Likewise, her chiropractic visits are offering some temporary relief from pain.

## PSYCHOLOGICAL SYMPTOMS SINCE THE ACCIDENT:

Following the accident, Miss Barnes said that she had trouble "not thinking about it . . . it kept popping in my head . . . I know I could have been killed . . . my friends too." She has had nightmares related to the accident, she reported, and these usually occur two to three times a week. Occasionally the dreams will awaken her. Her mood has been anxious and depressed, she reported. She does not like driving because she is fearful of being in another accident. Initially, she would ride in the backseat, while her aunt drove, and she would bury her head in her hands, not looking about, she stated. She does not like to drive because she feels her anxiety makes her an unsafe driver because "I am always waiting for something to happen." She finds that her mood is irritable at times, including with some people she is close to. She acknowledged overreacting at times without any provocation, and she acknowledged occasional

3

RE: TYLAN BARNES                                    PSYCHOLOGICAL EVALUATION

crying spells. She denied any suicidal ideation. Even though she tries not to think about the accident, intrusive memories of it persist. She sometimes hears the sounds of the accident, she reported. She said that "my memory has changed . . . I'm having a lot of problems with my memory." In addition to forgetting things, she also said she has trouble concentrating and finds herself distracted from people's conversations. She sometimes experiences feelings of hopelessness and helplessness and wonders when her pain will begin to improve. She worries about her future and what she will be able to do. She is finding it more difficult to do hair now, although she has had very limited opportunities, but standing and bending for prolonged periods can increase her back and neck pain. She has lost interest in many activities she previously enjoyed and said that generally she "just wants to be left alone."

## MEDICAL HISTORY:

Miss Barnes had extraction of her wisdom teeth in 2017. She has not had any other surgical procedures.

She described herself as "healthy" prior to her accident. She was not taking any regularly prescribed medications. There were no ongoing medical problems such as diabetes, hypertension, or other preexisting medical condition. She does not have a primary care doctor because she has not needed one.

## CURRENT MEDICATIONS:

Miss Barnes said that she is prescribed a muscle relaxant, an anti-inflammatory, pain medications, and Fioricet for headaches. She does not know the names of most of her medications, nor does she know the dose. As noted previously, she does not like the idea of taking medications, particularly those that can be habit forming, although she does note that her pain medications do offer some relief from her pain.

There are no known medication allergies.

## PSYCHIATRIC HISTORY:

Prior to the accident in September 2021, Miss Barnes had never received psychological or psychiatric treatment. She had never been referred to a psychiatrist, psychologist, social worker, or counselor. To her knowledge, she never recalls being prescribed anxiolytic or antidepressant medication for psychiatric reasons. There is no reported family history of psychiatric illness.

## SUBSTANCE ABUSE HISTORY:

Miss Barnes has never used alcohol regularly. She said, "I remember drinking a wine cooler for the first time, awhile back . . . I'm not a drinker." She denied the use of illegal drugs or the misuse of prescription medications. She has never received a DUI, nor has she ever gotten into trouble at home, on the job, or with law enforcement because

4

of drug or alcohol abuse. She has never received any treatment for drug or alcohol use. There is no reported history of drug abuse in her family.

Miss Barnes does not use tobacco products of any type.

## CHILDHOOD HISTORY:

Miss Barnes grew up in New Iberia but moved to St. Martinville with her mother while she was in high school. She described herself as being particularly close to her grandmother. She said that she and her mother have never had a close bond. The man she describes as her stepfather was never married to her mother, but he and her mother were together until Miss Barnes was approximately 2 ½ years of age. He has stayed involved with her and, while he lives in Texas, they maintain a close relationship. Miss Barnes feels that her mother resents the relationship she has with her "father".

Miss Barnes has a half-brother and a half-sister on her mother's side of the family. She thinks there are seven half-siblings on her biological dad's side of the family, but she does not really have any contact with them, or with her biological father. On her "stepfather's" side, she has "two brothers and one sister," who are not her biological siblings.

Miss Barnes does not report any history of childhood trauma such as sexual or physical abuse. She is particularly close to her two maternal aunts and her maternal grandmother.

## MARITAL HISTORY:

Miss Barnes has never been married. She is not in a relationship at the present time and has not had any serious long-term relationships. She has never had children.

Miss Barnes was residing with her mother at the time of the accident. Since the accident, she is residing with her maternal aunt, her aunt's husband, and her two cousins, ages 1 year and 5 months.

## RELIGION:

Miss Barnes does not belong to a particular denomination. She said she does not attend church regularly, "but if my aunt goes, I will go with her."

## EDUCATIONAL HISTORY:

Miss Barnes graduated from St. Martinville High School in 2020. She took some honors classes and described herself as an "A-B student". She participated in volleyball her sophomore year, but mostly during high school she worked, primarily at Burger King. She worked all of her last year in high school and took her senior classes

online, which she was able to do because of Covid. She was never suspended or expelled from school. She never repeated a grade. She was never held back. She never had problems with truancy.

## EMPLOYMENT HISTORY:

Miss Barnes worked at Burger King in New Iberia as a cashier for almost two years, working fulltime during her senior year of high school.

In the summer of 2021, she began her own business "doing hair, first for my friends and then I started getting other clients." The work continued until her accident in September. Her plans were to continue to do hair and go back to Burger King, but those plans had to be put on hold following her accident.

She is unclear about her future goals, she stated, because "I'm trying to work that out now . . . I want to be independent and have a secure income."

## MILITARY HISTORY:

Miss Barnes has not served in any branch of the U.S. Armed Services.

## LEGAL HISTORY:

Miss Barnes has never been arrested or charged with any offenses. She has never given any depositions, nor has she been involved in any lawsuits or personal injury claims, other than that related to the September 2021 accident.

## MENTAL STATUS EXAM:

Miss Barnes arrived promptly for her scheduled appointment. She was neatly dressed and groomed. She was oriented to person, place, time, and situation. There was no unusual or atypical quality to her speech. No unusual behaviors were observed. Her affect was appropriate to thought content, and her mood was anxious and depressed. No exaggerated pain behaviors were observed. There was no disturbance of thought processes, which were logical and goal directed. She denied visual and auditory hallucinations, and there was no evidence of a delusional system. Her memory was grossly intact. Intellectual functioning was judged to be in the average range. Her judgment and insight are both adequate.

## PSYCHOLOGICAL TESTING:

As part of the evaluation, Miss Barnes completed the Personality Assessment Inventory (PAI), the Brief Battery for Health Improvement-2 (BBHI-2), the Beck Depression Inventory-2 (BDI-2), and the Beck Anxiety Inventory (BAI).

There are indications on the PAI that Miss Barnes tended to portray herself as having serious problems and just seeing herself in a somewhat negative light. The clinical

profile was elevated on several clinical scales suggesting that she is experiencing a significant level of distress, characterized by anxiety, depression, and pessimism about her future. She feels that her life has been disrupted and feels somewhat helpless and powerless to deal with the changes that have occurred. She has lost interest in many activities, reports a low level of energy, and describes herself as being distractible and indecisive.

Feelings of sadness and anxiety permeate her emotional life. She has experienced a traumatic event which continues to exacerbate her depression. She displays much concern about her physical symptoms, which she feels have significantly impacted her day-to-day functioning. Not typically an outgoing person, she has become more isolated and socially withdrawn, according to her item endorsement.

On the Beck Depression Inventory, Miss Barnes' endorsement of various items places her in the "severe" range of depression. On the Beck Anxiety Inventory, endorsement of various symptoms associated with anxiety place her in the "severe" range of anxiety.

Miss Barnes displayed a low level of defensiveness on the BBHI-2, while endorsing physical symptoms (somatic, pain, and functional complaints) were endorsed at a very high level, as was her affective report (anxiety and depression).

Miss Barnes' psychological testing reflects a high level of distress and likely a "cry for help." She sees herself as having both a high level of physical and psychological difficulties and displays a pessimism about whether those difficulties can be successfully resolved. She feels that her life has been significantly disrupted, and she is very uncertain about her future.

**DIAGNOSTIC IMPRESSION:**

> POSTTRAUMATIC STRESS DISORDER.
> PAIN CONDITION WITH PHYSICAL AND PSYCHOLOGICAL FACTORS.
> RULE OUT POSTCONCUSSION SYNDROME.

**SUMMARY/RECOMMENDATIONS:**

Tylan Barnes is a 19 year old, single, African-American female who was involved in a motor vehicle accident in September 2021. She was told she briefly lost consciousness following the accident, and she has experienced headaches, back and neck pain, memory problems, difficulty concentrating, fatiguability, sleep problems, intrusive thoughts of the accident, nightmares, social isolation, and anxiety and depression.

Miss Barnes' posttraumatic symptoms, particularly her anxiety and depression, will be addressed with regular cognitive behavior therapy. Further evaluation will help determine if psychotropic medicine will be beneficial. She prefers not to take additional medicines, she states, and today we had a brief discussion about what medicines can and can't do. I am going to have her return to see me in one to two weeks. She should,

RE: TYLAN BARNES                                        PSYCHOLOGICAL EVALUATION

of course, continue her treatment with and follow the recommendations of her other healthcare providers.

                                            Sincerely,

                                            Warren C. Lowe, Ph.D., M.P.
                                            Medical/Clinical Psychologist

cc:    Dr. Williams
       Dr. Weir

WCL/jm

# Warren C. Lowe, Ph.D., M.P.
*Medical/Clinical Psychologist*
913 South College, Suite 102
Lafayette, LA 70503
Office (337) 232-2833  Fax (337) 234-4038

## PROGRESS NOTE

**PATIENT:** TYLAN BARNES
**CHART:** 11426
**DATE:** 12/16/2021

Miss Barnes returns for a follow-up appointment. This is her first appointment since her evaluation approximately a week ago. Miss Barnes said she is still staying at her aunt's house and is spending most of her time at home, not going out. She does not have a car and feels she is too anxious to drive at this time, even if she did have transportation. She misses her friends in St. Martinville but enjoys being around her aunt Johnisha and her two young cousins.

Miss Barnes said that she is having daily headaches, which are accompanied frequently by nausea. She said that her headaches often run from one day to the next. She is prescribed Fioricet which is somewhat helpful. She continues to experience back pain in her mid and lower back and continues to complain of a "stiff" neck.

Miss Barnes went to the ER twice last week at Lafayette General Medical Center and about two weeks ago at Iberia Medical Center for her headaches. She continues her chiropractic treatment with Dr. Barczyk, who she is seeing about three times a week. She finds the chiropractic sessions helpful but said that she is not getting any lasting pain relief.

Miss Barnes' mood remains anxious and mildly to moderately depressed. She is uncertain about her future. She talks of continuing to do hairstyling, perhaps moving to Texas where her other maternal aunt, Sabrina, has a cake business. Ultimately, she said, she would like to work for herself. She wants to be independent and have a reliable income.

Cognitive therapy techniques were employed with the patient. She can return to see me after the holidays, sooner if necessary. She continues to have occasional bad dreams involving accidents and has intrusive thoughts of the accident, wondering why she wasn't killed. She has never been in a serious accident like that before and finds it hard "to get out of my head".

_____
Warren C. Lowe, Ph.D., M.P.
Medical/Clinical Psychologist

cc:   Dr. Williams
      Dr. Weir

WCL:jm

# Warren C. Lowe, Ph.D., M.P.
*Medical/Clinical Psychologist*
913 South College, Suite 102
Lafayette, LA   70503
Office (337) 232-2833  Fax (337) 234-4038

## PROGRESS NOTE

PATIENT:   TYLAN BARNES
CHART:     11426
DATE:      1/4/2022

Miss Barnes returns for a follow-up appointment. Her holidays were somewhat disrupted because she had to be out of her aunt's house when her aunt's husband was diagnosed with Covid. Also, the two babies had the flu, so she spent several days with a friend while the family recovered. She is now back in her aunt's house, however, and feels comfortable there. She was able to get a car last month. Her dad came in town and helped her with that. The car needs some work and her father is going to help with that also when he is back in town. Miss Barnes reports that she is anxious when driving and does not like to be around "a lot of traffic . . . big trucks make me really nervous."

Miss Barnes had an appointment with Dr. Williams yesterday. He reviewed her MRIs with her. Apparently, they had a discussion about her receiving injections in her neck and lower back. Dr. Williams' office is to call with an appointment for her. He prescribed a medication, but Miss Barnes does not know the name of the medication or why it was prescribed, although she thinks it is for pain.

Miss Barnes is having trouble with sleep onset. Partly, she said, she worries about falling asleep and having a bad dream. These are not occurring as frequently, but she is still having them. Usually they involve some type of motor vehicle accident.

Miss Barnes said that she feels like she is having "to start over with my life after the accident . . . first I didn't have a car, I had no job, and I had to move in with my aunt." These are challenges that are not all bad, particularly living with her aunt, although she is isolated from her friends.

Miss Barnes had a couple of hair clients during the holidays. She is having to sit more now when she is doing hair than she did prior to the accident because standing on her feet for longer periods aggravates her back and neck pain.

She continues to see Dr. Barczyk for chiropractic treatment three times a week, which provides temporary relief. She continues to have headaches, and neck and back pain. She feels that her back pain has "gotten worse". She is also experiencing some pain in her left shoulder. She is looking forward to her follow-up appointment with Dr. Williams.

RE: TYLAN BARNES                                              JANUARY 4, 2022

We discussed possible medications but I am going to hold off on those until I have her bring in her current medications so I can see what she is prescribed. Cognitive therapy techniques were employed with the patient. She can return to see me in two to three weeks, sooner if necessary.

Warren C. Lowe, Ph.D., M.P.
Medical/Clinical Psychologist

cc:   Dr. Williams
      Dr. Weir

WCL/jm

# Warren C. Lowe, Ph.D., M.P.
*Medical/Clinical Psychologist*
913 South College, Suite 102
Lafayette, LA  70503
Office (337) 232-2833  Fax (337) 234-4038

## PROGRESS NOTE

**PATIENT:**  TYLAN BARNES
**CHART:**    11426
**DATE:**     1/27/2022

Miss Barnes returns for a follow-up appointment. She continues to stay with her aunt. She said that she may look for an apartment in Lafayette once she has some steady income. She is glad that she has a car because that lets her look for a job, which she did. However, she remains anxious when driving and is very vigilant around traffic and larger vehicles.

Miss Barnes was hired at Amazon and begins on Monday. She will be working a 6:00 p.m. to 4:30 a.m. shift. She is excited about the job because it has benefits, in addition to a good hourly wage. She is worried about the exact work she will be doing, hoping it will not aggravate her back and neck pain.

She continues chiropractic treatment three times a week. She has an appointment tomorrow with Dr. Weir to discuss her ongoing headaches. Headaches are now occurring three or four times a week and usually last most of the day. The medications that she was given when she went to the ER are helping with her headaches. Although she had an occasional headache prior to her accident, the frequency of her headaches now, and their intensity, is much greater.

She finds herself very vigilant and anxious when driving, noting, "I have to drive with both hands . . . I'm always watching around me." She feels that her overall anxiety, not just when driving, is increasing in intensity. She does not like to be alone because it gives her too much time to think, and she has intrusive thoughts about the accident. She said it is better "for me to be on the phone with somebody . . . which I do a lot."

After discussing her anxiety further, I am going to prescribe Escitalopram 10 mgs. She will take a half a tablet for seven days and then take a full tablet daily. She was given refills of the medication. Side effects were discussed with her. She is to call me if she has any questions or concerns once she begins the medication.

Cognitive therapy techniques were employed with the patient. Her mood remains anxious and mildly depressed. She is hopeful that she will be able to handle the physical demands of her job at Amazon.

Warren C. Lowe, Ph.D., M.P.
Medical/Clinical Psychologist

cc:   Dr. Williams
      Dr. Weir

WCL/jm

# Warren C. Lowe, Ph.D., M.P.
*Medical/Clinical Psychologist*
913 South College, Suite 102
Lafayette, LA  70503
Office (337) 232-2833  Fax (337) 234-4038

## PROGRESS NOTE

**PATIENT:** TYLAN BARNES
**CHART:** 11426
**DATE:** 2/15/2022

Miss Barnes returns for a follow-up appointment. She is in her third week of her job at Amazon and is enjoying it. She does not find it physically demanding, although being on her feet does aggravate her back and neck pain. She is working 6:00 p.m. to 4:30 a.m. and has Sunday, Wednesday, and Saturday off.

Miss Barnes took a second job at Twin Peaks. She was somewhat embarrassed about the job, noting, "I'm a shy person . . . it's really not like me. I would like to get some additional income so I can be on my own . . . this job is not permanent." She will work 11:00 a.m. to 2:00 or 3:00 p.m. one or two days a week. She begins training for the job tomorrow.

Miss Barnes continues her chiropractic treatment. She has an appointment with Dr. Barczyk tomorrow. She is also scheduled to see Dr. Weir at the end of the month to discuss her headaches. Her previous appointment with him had to be rescheduled.

The pain medication that Dr. Williams prescribed for her is "helping". She is trying to take it less frequently than prescribed. She does not like the idea of taking pain medication and does not want to build up a tolerance to it.

Miss Barnes feels that her mood, particularly her anxiety, is improving since she began Escitalopram. She is not having any side effects from the medication and would like to continue to take it. She particularly notes a decrease in her irritability and anxiety.

Miss Barnes feels that her physical health has changed dramatically since her accident. She used to be in good health and not have any problems. Now she experiences daily back and neck pain and headaches several days a week. She feels that her life has been disrupted, although she is trying to put the pieces back together and is very motivated to become self-sufficient. I am concerned that she is taking on too much with this second job, particularly since she does not know what the physical demands of the work will be.

Cognitive therapy techniques were employed with the patient. She will continue on Escitalopram 10 mgs. daily. She can return to see me in approximately three to four weeks, sooner if necessary.

Warren C. Lowe, Ph.D., M.P.
Medical/Clinical Psychologist

cc:   Dr. Williams
      Dr. Weir
WCL:jm